UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNILOC USA, INC., et al.,

    Plaintiffs,

v.

APPLE, INC.,

    Defendant.

No. C 18-00358 WHA

**ORDER GRANTING IN PART MOTION TO SEAL**

Apple moves to seal, as confidential to Uniloc, several excerpts and a deposition transcript (Dkt. No. 128) attached to its request for discovery (Dkt. No. 129). Uniloc withdraws all confidentiality designations except the dollar amounts in Apple's Exhibit C, at page 139, lines 17 and 20, which are sensitive financial information from business negotiations (Dkt. No. 131 at 2).

There is a strong public policy in favor of openness in our court system and the public is entitled to know to whom we are providing relief (or not). *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). But, in discovery matters, outside of the merits of the case, "a party need only satisfy the less exacting 'good cause' standard" to seal information. *See Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1097 (9th Cir. 2016). Good cause exists to seal the sensitive financial information. As to these specified dollar amounts, the motion is **GRANTED**. As to the rest, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 30, 2020.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE