1  Michael T. Pieja (CA Bar No. 250351)
2  Alan E. Littmann (*pro hac vice*)
   Jennifer Greenblatt (*pro hac vice*)
3  Doug Winnard (CA Bar No. 275420)
   Andrew J. Rima (*pro hac vice*)
4  Emma C. Ross (*pro hac vice*)
   Lauren Abendshien (*pro hac vice*)
5  GOLDMAN ISMAIL TOMASELLI
   BRENNAN & BAUM LLP
6  200 S. Wacker Dr., 22nd Floor
7  Chicago, IL 60606
   Tel: (312) 681-6000
8  Fax: (312) 881-5191
   mpieja@goldmanismail.com
9  alittmann@goldmanismail.com
   jgreenblatt@goldmanismail.com
10 dwinnard@goldmanismail.com
11 arima@goldmanismail.com
   eross@goldmanismail.com
12 labendshien@goldmanismail.com

13 *Attorneys for Defendant Apple Inc.*

14 (Additional counsel listed in signature block)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No.　　3:18-cv-00358-WHA<br><br>**DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE WITH COURT ORDER [134] REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL [128]** |

This Court's January 30, 2020 Order (Dkt. No. 134) granted in part and denied in part Defendant Apple Inc.'s Administrative Motion to Seal portions of its request for jurisdictional discovery and exhibits thereto (Dkt. No. 128). In its Order, the Court granted the motion to seal only as to the dollar amounts specified on page 139, lines 17 and 20, of Exhibit C to Apple's discovery request. **PLEASE TAKE NOTICE** that, in conformance with the Court's January 30 Order and pursuant to N.D. Cal. L. R. 79-5(f)(3), Apple hereby respectfully submits an unredacted version of its discovery request, and a version of Exhibit C to that request with only the dollar amounts specified on page 139, lines 17 and 20, redacted.

DATED:  February 6, 2020

Respectfully submitted,

 */s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendant Apple Inc.*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE WITH COURT ORDER [134] REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL [128]** has been served on February 6, 2020, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)