James J. Foster
Aaron S. Jacobs
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (Cal. Bar No. 314548)
PRINCE LOBEL TYE LLP
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651
mvella@princelobel.com

*Attorneys for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A.*

Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Ross (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

(Additional counsel listed in signature block)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.    3:18-cv-00358-WHA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT DISCOVERY LETTER**<br><br>JUDGE: Hon. William Alsup<br>MAGISTRATE JUDGE: Hon. Donna M. Ryu |

Having met and conferred regarding the ongoing discovery dispute, the parties respectfully submit this stipulation to extend the deadline to file a joint discovery letter of June 26, 2020, to July 2, 2020. In support of this stipulation, the parties respectfully submit as follows:

1. On June 5, 2020, the Court issued an Order directing the parties "to meet and confer about any remaining [jurisdictional discovery] disputes." The Court further ordered that "[i]f they cannot resolve the disputes, they must file a joint discovery letter by no later than June 26, 2020."

2. The parties met and conferred on multiple occasions regarding the outstanding discovery disputes.

3. On June 26, 2020, the parties attempted to finalize the joint discovery letter but determined that additional time is needed to discuss, and hopefully narrow, the issues to be presented to the Court.

4. Therefore, in view of the foregoing, the parties have agreed on, and stipulate to, an extension of time to file their joint discovery letter up to and including July 2, 2020, subject to the approval of the Court.

The parties therefore respectfully request that the Court endorse this stipulation and grant the requested extension as detailed above.

Pursuant to Civil L.R. 5-1(i)(3), agreement to file this document was obtained from James Foster, counsel for Uniloc 2017 LLC, on June 26, 2020.

DATED: June 26, 2020                     Respectfully submitted,

*/s/ James J. Foster*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000


1  
2  Matthew D. Vella (Cal. Bar No. 314548)  
   PRINCE LOBEL TYE LLP  
   357 S Coast Highway, Suite 200  
3  Laguna Beach, CA 92651  
   mvella@princelobel.com  
4  
   *Attorneys for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A.*  
5  
6  */s/ Doug Winnard*  
   Michael T. Pieja (CA Bar No. 250351)  
7  Alan E. Littmann (*pro hac vice*)  
   Jennifer Greenblatt (*pro hac vice*)  
8  Doug Winnard (CA Bar No. 275420)  
   Andrew J. Rima (*pro hac vice*)  
9  Emma C. Ross (*pro hac vice*)  
   Lauren Abendshien (*pro hac vice*)  
10 GOLDMAN ISMAIL TOMASELLI  
   BRENNAN & BAUM LLP  
11 200 South Wacker Dr., 22nd Floor  
   Chicago, IL 60606  
12 Tel: (312) 681-6000  
   Fax: (312) 881-5191  
13 mpieja@goldmanismail.com  
   alittmann@goldmanismail.com  
14 jgreenblatt@goldmanismail.com  
   dwinnard@goldmanismail.com  
15 arima@goldmanismail.com  
   eross@goldmanismail.com  
16 labendshien@goldmanismail.com  
17  
   Kenneth Baum (CA Bar No. 250719)  
18 GOLDMAN ISMAIL TOMASELLI  
   BRENNAN & BAUM LLP  
19 429 Santa Monica Boulevard, Suite 710  
   Santa Monica, CA 90401  
20 Tel: (310) 576-6900  
   Fax: (310) 382-9974  
21 kbaum@goldmanismail.com  
22  
   *Attorneys for Defendant Apple Inc.*  
23  
24 PURSUANT TO STIPULATION, IT IS SO ORDERED.  
25  
26  
27 _____  
   United States Magistrate Judge  
28