1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al., | Case No.       3:18-cv-00358-WHA |
| Plaintiffs, | **DECLARATION OF DOUG WINNARD IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |
| v. | |
| APPLE INC., | |
| Defendant. | |

## DECLARATION OF DOUG WINNARD

I, Doug Winnard, hereby declare:

1.      I am an attorney at Goldman Ismail Tomaselli Brennan & Baum LLP. I represent Apple Inc. in this matter. I submit this declaration in support of Defendant Apple Inc.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

2.      I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

3.      Attached hereto as Exhibit A is an excerpted true and correct copy of the transcript from the deposition of James Palmer, taken September 9, 2020.

4.      Attached hereto as Exhibit B is an excerpted true and correct copy of the transcript from the deposition of Drake Turner, taken October 1, 2020.

5.      Attached hereto as Exhibit C is a true and correct copy of the transcript from the October 1, 2020 hearing in *Uniloc USA, Inc. and Uniloc Luxembourg, S.A. v. Motorola Mobility, LLC*, No. 17-1658 (CFC) (D. Del.).

6.      Attached hereto as Exhibit D is an excerpted true and correct copy of the Conformed Revenue Sharing and Note and Warrant Purchase Agreement between Uniloc USA, Inc., Uniloc Luxembourg S.A., Uniloc Corporation PTY Limited, D/A Investment Holdings LLC, and Fortress Credit Co LLC, dated December 30, 2014, as amended February 24, 2015, May 27, 2016 and May 15, 2017.  The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to UNILOC_APPLE_2017_18365.

7.      Attached hereto as Exhibit E is an excerpted true and correct copy of the Patent License Agreement between Uniloc Luxembourg, S.A., Uniloc USA, Inc., and Fortress Credit Co LLC, dated December 30, 2014.  The complete document is Bates-stamped UNILOC_APPLE_2017_18366 to UNILOC_APPLE_2017_18373.

8.      Attached hereto as Exhibit F is an excerpted true and correct copy of the third amendment to the Revenue Sharing and Note and Warrant Purchase Agreement between Uniloc USA, Inc., Uniloc Luxembourg S.A., Uniloc Corporation PTY Limited, D/A Investment Holdings

LLC, and Fortress Credit Co LLC, dated December 30, 2014, as amended February 24, 2015, May 27, 2016 and May 15, 2017. The complete document is Bates-stamped UNILOC_APPLE_2017_18265 to UNILOC_APPLE_2017_18365.

9.      Attached hereto as Exhibit G is an excerpted true and correct copy of the transcript from the deposition of Erez Levy, taken September 21, 2018.

10.      Attached hereto as Exhibit H is an excerpted true and correct copy of a rough draft of the transcript from the deposition of Drake Turner, taken October 8, 2018.

11.      Attached hereto as Exhibit I is an excerpted true and correct copy of the May 6, 2017 Investment Memorandum of Fortress Credit Corp. The complete document is Bates-stamped UNILOC_APPLE_358_1077 to UNILOC_APPLE_358_1090.

12.      Attached hereto as Exhibit J is a true and correct copy of the November 9, 2018 Declaration of James Palmer, Dkt. No. 142-1, *Uniloc USA, Inc. and Uniloc Luxembourg, S.A. v. Apple Inc.*, No. 3:18-cv-00360-WHA (N.D. Cal.).

13.      Attached hereto as Exhibit K is an excerpted true and correct copy of the December 16, 2014 draft of the Conformed Revenue Sharing and Note and Warrant Purchase Agreement between Uniloc USA, Inc., Uniloc Luxembourg S.A., Uniloc Corporation PTY Limited, D/A Investment Holdings LLC, and Fortress Credit Co LLC. The complete document is Bates-stamped UNILOC_APPLE_358_0290 to UNILOC_APPLE_358_0351.

14.      Attached hereto as Exhibit L is an excerpted true and correct copy of Marathon Patent Group, Inc.'s Form 8-K, filed January 17, 2017 and available at https://sec.report/Document/0001104659-17-002354/a17-1812_1ex10d1.htm.

15.      Attached hereto as Exhibit M is an excerpted true and correct copy of Document Security Systems, Inc.'s Form 8-K, filed February 18, 2014 and available at https://content.edgar-online.com/ExternalLink/EDGAR/0001144204-14-010279.html?hash=dee84b1159b2032c3c880cd2d52e73328b92c3813ea8059479765e31d3eec8cf&dest=V368966_EX10-1_HTM#V368966_EX10-1_HTM.

/ / /

/ / /

1    I declare under penalty of perjury that the foregoing is true and correct. Executed on October

2    22, 2020, in Chicago, Illinois.

3

4    _/s/ Doug Winnard_____
     Doug Winnard (CA Bar No. 275420)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28