# EXHIBIT I

(DOCUMENT SOUGHT TO BE SEALED)