# EXHIBIT K

## (DOCUMENT SOUGHT TO BE SEALED)