# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case Nos.　　3:18-cv-00358-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION** |

Before the Court is Apple's Motion to Dismiss for Lack of Subject-Matter Jurisdiction ("Motion"). Having considered the Motion, and all papers and exhibits filed in support thereof and opposition thereto, the Court finds that the Motion is meritorious and should be granted. Specifically, the Court finds that Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. lacked constitutional standing when they filed suit. The actions against Apple are hereby dismissed without prejudice for lack of subject-matter jurisdiction. Apple's motion is therefore GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　United States District Judge