Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 3:18-cv-00358-WHA <br><br> **CIVIL L.R. 79-5(E) DECLARATION OF AARON S. JACOBS REGARDING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO UNILOC'S RENEWED MOTION FOR ORDER (1) ADDING UNILOC 2017 AS A PARTY AND (2) DECLARING THIS COURT HAS SUBJECT MATTER JURISDICTION AND EXHIBITS C AND D THERETO (DKT. NO. 162)** |

I, Aaron S. Jacobs, hereby declare as follows:

1. I am counsel for Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg, S.A., (collectively "Uniloc").

2. On Thursday, October 22, 2020, at Docket Number 162, Defendant Apple Inc. ("Apple") filed an administrative motion to seal the **Memorandum** (at 8:20-24) and **Exhibits C** and **D** accompanying Apple's opposition to Uniloc's renewed motion to add Uniloc 2017 LLC as a party and declare that this Court has subject-matter jurisdiction.

3. I reviewed those materials in coordination with counsel for third-party Fortress Credit Co. LLC and Fortress Investment Group LLC (collectively "Fortress"). In light of this Court's prior orders regarding the parties' efforts to seal certain of this and similar information, Uniloc believes that the information that Apple proposes to seal or redact associated with Docket No. 162 may be submitted onto the public record.

4. For the foregoing reasons, Uniloc therefore does not ask that the proposed information be sealed or redacted, and so Apple's administrative motion to seal Uniloc and Fortress's information, Dkt. No. 162, may be denied.

Date: October 30, 2020     Respectfully submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs