Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 3:18-cv-00358-WHA <br><br> **DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> Hearing Date: December 3, 2020 <br> Time: 8:00 am <br> Location: Courtroom 12 <br> Judge: Honorable William Alsup |

I, Kevin Gannon, declare:

1. I am an attorney with the law firm Prince Lobel Tye LLP, attorneys for plaintiffs in this action. I submit this declaration under penalty of perjury in support of Plaintiffs' Opposition to Apple's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2. Attached as Exhibit A are excerpts from the deposition of James Palmer dated September 9, 2020.

Executed at Boston, Massachusetts on November 5, 2020.

*/s/ Kevin Gannon*