Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., | Case No.: 3:18-cv-00358-WHA |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF APPEAL** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together, "Uniloc"), in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the entirety of this Court's December 4, 2020 Order Dismissing Case for Lack of Standing (Dkt. No. 186), including the refusal to add Uniloc 2017 LLC as a party; together with all prior orders, rulings, findings, and conclusions of the Court adverse to Uniloc, including (but not limited to) the entirety of this Court's earlier order granting judgment on the pleadings, Dkt. No. 99, which the Court would conditionally reinstate.

Date: January 3, 2021

Respectfully submitted,

*/s/ Aaron S. Jacobs*

Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs