Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 3:18-cv-00358-WHA <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (together, "Uniloc"), in the above-named case, hereby file this interlocutory appeal to the United States Court of Appeals for the Federal Circuit regarding the entirety of this Court's December 22, 2020 Order re Sealing, -00358 Case, Dkt. No. 189.

This appeal is related to the January 15, 2021, appeals of the same order that was entered in each of the following cases between the same parties: 3:18-cv-00360, Dkt. No. 233; 3:18-cv-00363, Dkt. No. 211; 3:18-cv-00365, Dkt. No. 246; & 3:18-cv-00572, Dkt. No. 236.[1]

---

[1] Uniloc 2017 LLC is also a plaintiff in each of the cases appealed on January 15, 2021.

This appeal *is not* related to the January 3, 2021, appeal in this case of the Order Dismissing Case for Lack of Standing, -00358 Case, Dkt. Nos. 186, and the order granting judgment on the pleadings, *id.*, Dkt. No. 99.

Date: January 20, 2021

Respectfully submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (Cal. Bar No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Matthew D. Vella (Cal. Bar No. 314548)
mvella@princelobel.com
**PRINCE LOBEL TYE LLP**
357 S Coast Highway, Suite 200
Laguna Beach, CA 92651

Attorneys for Plaintiffs