| | |
|---|---|
| Aaron S. Jacobs (Cal. Bar No. 214953) | Michael T. Pieja (CA Bar No. 250351) |
| ajacobs@princelobel.com | Alan E. Littmann (pro hac vice) |
| James J. Foster | Doug Winnard (CA Bar No. 275420) |
| jfoster@princelobel.com | Andrew J. Rima (pro hac vice) |
| PRINCE LOBEL TYE LLP | Emma C. Ross (pro hac vice) |
| One International Place, Suite 3700 | GOLDMAN ISMAIL TOMASELLI |
| Boston, MA 02110 | BRENNAN & BAUM LLP |
| Tel: (617) 456-8000 | 564 W. Randolph St., Suite 400 |
| | Chicago, IL 60661 |
| Attorneys for Plaintiffs | Tel: (312) 681-6000 |
| | Fax: (312) 881-5191 |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.: 3:18-cv-00358-WHA<br><br>**STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc"), and Defendant Apple, Inc. ("Defendant") have agreed to settle the above matter, and therefore jointly stipulate and move under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims between the parties. Plaintiffs and Defendant shall each bear their own attorneys' fees, expenses, and costs.

| | |
|---|---|
| Dated: June 22, 2021 | Respectfully Submitted,<br><br>*/s/ Aaron S. Jacobs*<br>Aaron S. Jacobs (Cal. Bar No. 214953)<br>ajacobs@princelobel.com<br>James J. Foster<br>jfoster@princelobel.com<br>PRINCE LOBEL TYE LLP<br>One International Place, Suite 3700<br>Boston, MA 02110<br>Tel: (617) 456-8000<br><br>Attorneys for Plaintiffs |
| Dated: June 22, 2021 | */s/ Michael T. Pieja*<br>Michael T. Pieja (CA Bar No. 250351)<br>Alan E. Littmann (pro hac vice)<br>Doug Winnard (CA Bar No. 275420)<br>Andrew J. Rima (pro hac vice)<br>Emma C. Ross (pro hac vice)<br>GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP<br>564 W. Randolph St., Suite 400<br>Chicago, IL 60661<br>Tel: (312) 681-6000<br>Fax: (312) 881-5191<br><br>Attorneys for Defendant |

## **ATTESTATION OF E-FILED SIGNATURE**

I am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel for Defendant has concurred in this filing.

Dated: June 22, 2021     */s/ Aaron S. Jacobs*