NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

v.

**APPLE INC.,**
*Defendant-Appellee*

_____

2021-1572

_____

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-00358-WHA, Judge William H. Alsup.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal, pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All pending motions are denied as moot.

2                                            UNILOC USA, INC. v. APPLE INC.

(3) The parties shall bear their own costs.

                                     FOR THE COURT

June 29, 2021        /s/ Peter R. Marksteiner
   Date                Peter R. Marksteiner
                         Clerk of Court

s28

ISSUED AS A MANDATE: June 29, 2021