# United States Court of Appeals for the Federal Circuit

---

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

**UNILOC 2017 LLC,**
*Plaintiff*

v.

**APPLE INC.,**
*Defendant-Appellee*

**ELECTRONIC FRONTIER FOUNDATION,**
*Intervenor-Appellee*

---

2021-1568, 2021-1569, 2021-1570, 2021-1571, 2021-1573

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:18-cv-00360-WHA, 3:18-cv-00572-WHA, 3:18-cv-00365-WHA, 3:18-cv-00363-WHA, 3:18-cv-00358-WHA, Judge William H. Alsup.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

                              FOR THE COURT

<u>February 9, 2022</u>
    Date                      <u>/s/ Peter R. Marksteiner</u>
                                Peter R. Marksteiner
                                Clerk of Court